**DUANE MORRIS LLP**
Matthew M. Caminiti
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Tel.: (973) 424-2017
Fax: (973) 556-1824
mmcaminiti@duanemorris.com
*Attorneys for Defendant*
*Verde Energy USA, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAY MARSHALL, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:18-cv-1344 (JMV) (JBC) |
| v. | **JOINT STATUS REPORT** |
| VERDE ENERGY USA, INC., | |
| Defendants. | |

### JOINT STATUS REPORT

Plaintiff Ray Marshall and Defendant Verde Energy USA, Inc. respectfully submit this Joint Status Report.

1. As set forth in the parties' prior joint status reports, Plaintiff was added as a party to a consolidated class action filed for settlement purposes only in the U.S. District Court for the Northern District of Illinois, Mercado v. Verde Energy USA, Inc., No. 1:18-cv-2068.

2. This action was stayed pending a potential final settlement in the consolidated Mercado action.

3. On December 17, 2021, the Mercado Court held a final fairness hearing and entered an order granting final approval of the class action settlement. See Mercado, ECF Nos. 158, 159.

4. Under the class action settlement agreement approved in <u>Mercado</u>, the parties agreed that they would request that the stay in this action remain in place until the "Effective Date" of the settlement, which is defined as "ten (10) business days after the date of entry of the Court's Final Approval Order and the expiration of the time for filing a notice of appeal from the Final Approval Order . . . ." <u>Mercado</u>, ECF No. 127-1.

5. The parties intend to file a joint stipulation of dismissal of this action after the Effective Date of the settlement in <u>Mercado</u>.

6. Accordingly, the parties request that the stay in this action remain in place and propose that they file a joint stipulation of dismissal or a joint status report on or before February 4, 2022.

Dated: December 21, 2021

Respectfully submitted,

<u>/s/ *Kevin Laukaitis*</u>
**SHUB LAW FIRM LLC**
Jonathan Shub
Kevin Laukaitis
134 Kings Highway E 2nd Floor
Haddonfield, NJ 08033
(856) 772-7200 (telephone)
(856) 772-7246 (facsimile)
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff and the Putative Class*

<u>/s/ *Matthew M. Caminiti*</u>
**DUANE MORRIS LLP**
Kevin P. Allen
Thomas E. Sanchez
600 Grant Street, Suite 5010
Pittsburgh, PA 15219
(412) 497-1037 (telephone)
(412) 497-1001 (facsimile)
kpallen@duanemorris.com
tesanchez@duanemorris.com

Matthew M. Caminiti
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Tel.: (973) 424-2017
Fax: (973) 556-1824
mmcaminiti@duanemorris.com

*Attorneys for Defendant*

2