**DUANE MORRIS LLP**
Matthew M. Caminiti
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Tel.: (973) 424-2017
Fax: (973) 556-1824
mmcaminiti@duanemorris.com
*Attorneys for Defendant*
*Verde Energy USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAY MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERDE ENERGY USA, INC.,<br><br>Defendants. | Case No. 2:18-cv-1344 (JMV) (JBC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ray Marshall and Defendant Verde Energy USA, Inc. hereby stipulate that the above-captioned action, including all claims, is voluntarily dismissed with prejudice, with each party to bear its own fees and costs except as pursuant to any other agreements as between the parties.[1]

---

[1] *See Mercado v. Verde Energy USA, Inc.*, No. 1;18-cv-020608 (N.D. Ill.), Dkt. No. 159.

| | |
|---|---|
| Dated: February 7, 2022 | Respectfully submitted, |
| /s/ *Kevin Laukaitis* | /s/ *Matthew M. Caminiti* |
| **SHUB LAW FIRM LLC** | **DUANE MORRIS LLP** |
| Jonathan Shub | Kevin P. Allen |
| Kevin Laukaitis | Thomas E. Sanchez |
| 134 Kings Highway E 2nd Floor | 600 Grant Street, Suite 5010 |
| Haddonfield, NJ 08033 | Pittsburgh, PA 15219 |
| (856) 772-7200 (telephone) | (412) 497-1037 (telephone) |
| (856) 772-7246 (facsimile) | (412) 497-1001 (facsimile) |
| jshub@shublawyers.com | kpallen@duanemorris.com |
| klaukaitis@shublawyers.com | tesanchez@duanemorris.com |
| *Attorneys for Plaintiff and the Putative Class* | Matthew M. Caminiti |
| | One Riverfront Plaza |
| | 1037 Raymond Boulevard, Suite 1800 |
| | Newark, NJ 07102-5429 |
| | Tel.: (973) 424-2017 |
| | Fax: (973) 556-1824 |
| | mmcaminiti@duanemorris.com |
| | *Attorneys for Defendant* |

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/7/2022

2